IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 29 2002
JAMES W. McCORMACK, CLERK
By: _____ DEPT. CLERK

EDDIE KEATHLEY, DUANE
CHAPMAN, ALBERT MILLER,
LEE HARROD, WALLACE
POOLE and RICK KINSEY                                      PLAINTIFFS

VS.          NO. 4-02-CV-00052 JMM

LAWRENCE JOHNSON, individually,
and in his official capacity as the Chief          This case assigned to District Judge _____
of Police in and for the City of Little            and to Magistrate Judge _____
Rock, Arkansas, and the CITY OF
LITTLE ROCK, ARKANSAS                              DEFENDANTS

## COMPLAINT

Come the Plaintiffs, **Eddie Keathley, Duane Chapman, Albert Miller, Lee Harrod, Wallace Poole and Rick Kinsey**, by and through their attorney, Edward G. Adcock, and for their Complaint against the Defendants named herein, states and alleges:

I.

### Introduction

This is an action for declaratory, injunctive and monetary relief brought by the Plaintiffs, **Eddie Keathley, Duane Chapman, Albert Miller, Lee Harrod, Wallace Poole and Rick Kinsey**, against Lawrence Johnson and the City of Little Rock, Arkansas, alleging as more specifically set forth below, a) that Defendant Johnson, acting individually and in his official capacity as the Chief of Police in and for the City of Little Rock, did discriminate against Plaintiffs in employment on the basis of race thereby denying Plaintiffs the equal protection of law guaranteed them by and through the Fourteenth Amendment to the Constitution of the United States of America, b) that the acts of Defendant Johnson complained of above were part of a

pattern, practice and policy of the City of Little Rock which condoned and encouraged discrimination against white sergeants in the Little Rock Police Department, also in violation of the right to equal protection of law secured to Plaintiffs by and through the Fourteenth Amendment to the Constitution of the United States of America, and c) that the acts and conduct of Defendants complained of herein had the practical effect of denying Plaintiffs equal employment opportunity in the Little Rock Police Department.

## II.

### Jurisdiction and Venue

1. Jurisdiction of this Court is invoked pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) & (4) to redress deprivations of rights guaranteed by the Constitution of the United States, specifically the right to equal protection of law guaranteed by the Fourteenth Amendment.

2. Venue of this Court is proper pursuant to 28 U.S.C. Section 1391(b) in that all conduct complained of herein occurred and all claims raised herein arose within the boundaries of the Eastern District of Arkansas.

## III.

### The Parties

3. Plaintiffs **Eddie Keathley, Duane Chapman, Albert Miller, Lee Harrod, Wallace Poole** and **Rick Kinsey** are adult citizens of the United States residing in Pulaski and Perry Counties in the State of Arkansas. Plaintiffs are white. At all times pertinent hereto they served as Sergeants in the Little Rock Police Department.

4. Defendant Lawrence Johnson is an adult citizen of the United States residing in Little Rock, Pulaski County, Arkansas. Defendant Johnson is Black. At all times pertinent hereto Defendant Johnson served as the Chief of Police in and for the City of Little Rock, Arkansas. The acts and conduct of Defendant Johnson complained of herein were done under color of state law and constitute "state action" within the meaning of 42 U.S.C. § 1983.

5. Defendant City of Little Rock, Arkansas is a governmental entity organized and acting pursuant to the laws of the State of Arkansas. All of the acts and conduct of employees/officials of the Defendant City of Little Rock, Arkansas complained of herein were done under color of state law and constitute "state action" within the meaning of 42 U.S.C. § 1983.

## IV.

## The Facts

7. Plaintiffs Keathley, Chapman, Miller, Harrod, Poole and Kinsey are all employed as Sergeants in and for the Little Rock Police Department. Plaintiffs all have long tenure with the department and all have a minimum of several years experience as sergeants. All Plaintiffs have performed well as Sergeants, many of them having received receiving numerous awards and certificates and consistently good performance evaluations throughout their careers.

8. The rules and regulations of the Little Rock Police Department require that vacancies to be filled by lateral transfer be advertised.

9. Since becoming Chief of Police, in violation of departmental rules and regulations, Defendant Johnson has consistently failed and refused to advertise vacancies. Rather, Defendant Johnson has arbitrarily selected sergeants for transfer from one job assignment to another without giving others the opportunity to compete or even express interest in the vacancy.

10. Since becoming Chief of Police, Defendant Johnson has consistently favored black sergeants in making transfer decisions. Specifically: **a)** black sergeants have consistently received transfers to choice job assignments that provide experience and training that enhances ones promotion potential; and, **b)** black sergeants have consistently received transfers to choice job assignments with favorable work schedules.

11. As a direct result of Defendant Johnson's favoritism, the following disparities have developed between black and white sergeants in the Little Rock Police Department: **a)** Only one (1) black sergeant remains assigned to the Patrol Division. All other black sergeants hold jobs in

other divisions that enhance their promotion potential and, hence, their income potential; and, **b)** With the exception of probationary employees, virtually every transfer or reassignment of a black officer made by Defendant Johnson has resulted in that officer being given favorable work schedules. Twenty-nine (29) of the thirty-five (35) transfers/reassignments of black officers have resulted in the transferee having Saturdays and Sundays off.

**12.** Defendant Johnson's transfer decisions complained of above are part and parcel of a pattern, practice and custom of the City of Little Rock which condones and encourages discrimination against white officers in the area of job assignments in the Little Rock Police Department.

**13.** As a result of the conduct and actions of the Defendants, as described above, Plaintiffs have suffered actual injury, including but not limited to violation of their rights guaranteed by the U. S. Constitution as well as loss of income potential, loss of career opportunities as well as humiliation and emotional distress.

**14.** The acts and conduct of Defendant Johnson complained of herein were willful and malicious and done with the specific, purposeful intent to favor black officers and, consequently, to harm Plaintiffs and to deprive them of their constitutionally-guaranteed right to equal protection of the law.

### V.

### Demand for a Jury Trial

**15.** Plaintiffs request a trial by jury.

### VI.

### Causes of Action

**16.** Plaintiffs incorporate Paragraph Nos. 1 through 14, above, as though specifically set forth word-for-word, and set forth the following causes of action, *to wit*: **(a)** that the actions and conduct of Defendant Johnson, as described above, deprived Plaintiffs of their right to the equal protection of law secured to them by the Fourteenth Amendment to the Constitution of the

United States of America; and, that the actions and conduct of Defendant Johnson complained of herein were part and parcel of a pattern, practice and custom of the City of Little Rock which deprived Plaintiffs of their right to the equal protection of law secured to them by the Fourteenth Amendment to the Constitution of the United States of America.

## VII.

### Prayer for Relief

**WHEREFORE**, in consideration of the foregoing, Plaintiffs, after service of this Complaint upon the Defendants herein, prays the Clerk set this matter for trial by jury and, upon a verdict thereon, prays for this Court to enter Judgment: **(a)** declaring the acts and conduct of the Defendant Johnson complained of herein deprived Plaintiffs of their constitutionally-protected right to the equal protection of law in violation of the Fourteenth Amendment to the Constitution of the U. S.; **(b)** declaring that the acts and conduct of Defendant Johnson complained of herein were a part of a pattern, practice and custom of the City of Little Rock encouraging and condoning discrimination on the basis of race in violation of the Fourteenth Amendment to the Constitution of the U. S.; **(c)** directing the Defendants to cease and desist in the pattern of discrimination and awarding Plaintiffs compensatory damages for the loss of constitutional rights; **(d)** awarding Plaintiffs punitive damages against Defendant Johnson; **(e)** awarding Plaintiffs prejudgment interest; **(f)** awarding Plaintiffs their costs, including reasonable attorneys' fees.

DATED this 29th day of January, 2002.

Respectfully submitted,

Edward G. Adcock
Arkansas Bar No. 83001
1018 Cumberland # 11
Little Rock, AR. 72202
Phone: (501) 375-2702

Attorney for Plaintiff,

5